IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CURTIS L. HAGANS, JR. )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>UNITED STATES POSTAL SERVICE, )<br>and its employee and/or agent, Wanda Reed-Cobb )<br>)<br>Defendants, )<br>) | No.: 16-cv-04090 |

## COMPLAINT AT LAW

Plaintiff, CURTIS L. HAGANS, JR. ("Plaintiff"), by his attorneys, Briskman Briskman & Greenberg, complains of Defendants, UNITED STATES OF AMERICA, UNITED STATES POSTAL SERVICE (collectively "USPS") and its agent, WANDA REED-COBB ("COBB"), states, as follows:

## INTRODUCTION

1. This tort claim is brought pursuant to the Federal Tort Claims Act and arising out of an occurrence on February 3, 2014

## JURISDICTION

2. This court has jurisdiction under 28 U.S.C. Section 1346(b).

## PARTIES

3. PLAINTIFF is an individual, and was at all time relevant, a citizen of Cook County and a resident of the Northern District of Illinois.

4. The Defendant, UNITED STATES POSTAL SERVICE, through the Defendant, UNITED STATES OF AMERICA, is an agency governed by and under the authority of the laws of the United States of America.

5. The Defendant, COBB, is a resident of the Northern District of Illinois and a was duly authorized agent of the Defendant, UNITED STATES OF AMERICA, through the UNITED STATES POSTAL SERVICE.

6. This complaint is brought pursuant to the Federal Tort Claims Act (FTCA) 28 USC§2671, et. seq. Venue is proper in this jurisdiction because the acts complained of occurred in this jurisdiction.

7. Plaintiff received denial of claim dated February 29, 2016. Attached hereto as Exhibit A is the written denial.

## COUNT I - NEGLIGENCE

8. On or about February 3, 2014, 95th Street, also known as US Route 12, ("US 12), was an open and public roadway, running in a generally easterly and westerly direction, and intersected with South St. Louis Avenue ("St. Louis"), in the Village of Evergreen Park, County of Cook, and State of Illinois.

9. On or about February 3, 2014, St. Louis was an open and public roadway, running in a generally northerly and southerly direction, and intersected with US 12, in the Village of Evergreen Park, County of Cook, and State of Illinois.

10. On or about February 3, 2014, Plaintiff was operating a 2009 Dodge Carryall in a westerly direction on US 12, at or near its intersection with St. Louis, which the Plaintiff owned.

11. On or about February 3, 2014, Defendant, USPS, owned, operated, managed,

2

maintained and/or controlled a truck through its employee and/or agent, COBB, which was proceeding in an easterly direction on US 12, at or near its intersection with St. Louis.

12. On or about February 3, 2014, COBB, as employee and/or agent of USPS, in violation of her duty of care, caused the 2006 Dodge Caravan she was operating to stop abruptly causing the 2010 Jeep that was traveling behind COBB, to strike the rear of the Caravan. COBB then entered the westbound lanes of US 12 striking the Plaintiff causing the Plaintiff to strike a building.

13. At all times relevant herein, Plaintiff was in the exercise of ordinary care and caution for her own safety and property and the safety of others.

14. At all times relevant herein, COBB, as employee and/or agent USPS, had a duty under the laws of the State of Illinois to control and maintain the motor vehicle she was operating with due care and caution for the safety and protection of the Plaintiff and others then and there present.

15. COBB, as employee and/or agent of USPS, violated the duty of care owed to Plaintiff, through one or more of the following wrongful acts and/or omissions:

    (a) Operated the 2006 Dodge Caravan at an excessive and dangerous rate of speed, contrary to and in violation of the provisions of 625 ILCS 5/11- 601;

    (b) Failed to sound horn or otherwise give timely warning, contrary to and in violation of the provisions of 625 ILCS 5/12-601;

    (c) Carelessly and negligently operated said motor vehicle by failing to reduce speed to avoid an accident, contrary to and in violation of the provisions of 625 ILCS 5/11-601;

    (d) Failed to operate the 2006 Dodge Caravan within her proper lane of travel as required by 625 ILCS 11-709;

3

(e)     Operated said motor vehicle with faulty and defective brakes, contrary to and in violation of the provisions of 625 ILCS 5/12-301;

(f)     Operated the 2006 Dodge Caravan while using an electronic communication device, contrary to and in violation of 625 ILCS 5/12-   610.2;

(g)     Failed to maintain a proper and sufficient lookout; and

(h)     Was otherwise careless and negligent.

16. As a direct and proximate result of the above-described careless and/or negligent acts and/or omissions of COBB, employee and/or agent of USPS, the 2006 Dodge Caravan driven by her struck the front of the Plaintiff's vehicle, thus causing the Plaintiff serious personal and pecuniary injuries.

WHEREFORE, the Plaintiff, CURTIS L. HAGANS, JR. seeks judgment in his favor and against Defendants, USPS and COBB as employee and/or agent of USPS, in an amount greater than $30,000.00, plus the costs of this litigation.

## COUNT II – Respondeat Superior

1-16. Plaintiff repeats, realleges, and incorporates Paragraphs 1 though 16 of Count I as if fully set forth herein as Paragraphs 1 through 17 of Count II.

17. At all times relevant hereto, COBB, employee and/or agent of USPS. was driving the vehicle with USPS' express and/or implied consent.

18. On or about February 3, 2014, on information and belief, COBB, employee and/or agent of USPS, was acting within the scope of his employment and/or agency with USPS.

WHEREFORE, the Plaintiff, CURTIS L. HAGANS, JR. seeks judgment in his favor and against the Defendants, USPS, in an amount more than $30,000.00 plus the costs of this litigation.

          Respectfully Submitted,

          CURTIS L. HAGANS, JR.


          By:   /s/ Gavin M. Pearlman
               Gavin M. Pearlman

Gavin M. Pearlman
Briskman Briskman & Greenberg
351 West Hubbard Street, Suite 810
Chicago, Illinois 60654
312/222-0309
Fax: 312/222-1203
Email: gavin@briskmanlaw.com
ARDC: 6244742

5