**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **CURTIS L. HAGANS, JR.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16 C 4090 |
| | ) | |
| **UNITED STATES OF AMERICA**, | ) | |
| **UNITED STATES POSTAL SERVICE**, | ) | |
| and its employee and/or agent, **Wanda** | ) | |
| **Reed-Cobb**, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This Court has received courtesy copies of the just-filed Complaint and related documents in this Federal Tort Claims Act ("Act") lawsuit arising out of a motor vehicle accident assertedly caused by the driver of a United States Postal Service vehicle. Although this Court is contemporaneously issuing its customary initial scheduling order, this memorandum order is issued sua sponte because of the failure of plaintiff's counsel to comply with the terms of the Act.

Complaint Ex. A is a copy of the February 29, 2016 certified letter from the United States Postal Service ("USPS") to plaintiff's counsel that denied the claim now sued upon and advised counsel as to the right to bring this action within six months after the date the USPS mailed the notice of such denial. That notification was crystal clear in identifying the only proper target of such a lawsuit:

> Further, note the United States of America is the only proper defendant in a civil action brought pursuant to the Federal Tort Claims Act and such suit may be heard only by a federal district court.

Despite that unambiguous directive, plaintiff's counsel has improperly added two other defendants to the mix -- the "United States Postal Service and its employee and/or agent, Wanda Reed-Cobb." Even worse, the prayers for relief in both Counts I and II are directed against those improperly named defendants.

It is not the responsibility of this Court to make the drastic surgical changes needed to convert the Complaint into a pleading that complies with the Act. Instead the Complaint is stricken, but without prejudice to the filing of a proper Amended Complaint on or before April 22, 2016. As stated earlier, in anticipation of that curative action an initial status hearing date is being set contemporaneously with this memorandum order.

_____
Milton I. Shadur
Senior United States District Judge

Date: April 8, 2016